## DUNLAP v. NORTON.

No. 4516.   Opinion Filed July 20, 1915.

(150 Pac. 1129.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.**   Where plaintiff in error does not file brief within the time allowed by rule 7 of this court (38 Okla. vi, 137 Pac. ix), nor before case is due to be taken on submission, the appeal will be treated as abandoned, and dismissed.

(Syllabus by Thacker, C.)

*Error from County Court, Seminole County;*
*T. S. Cobb, Judge.*

Action by Sam Norton, as plaintiff, against Charles Dunlap, as defendant.   Judgment for plaintiff.   Defendant brings error.   Dismissed.

*J. A. Baker,* for plaintiff in error.

*Crump, Fowler & Skinner,* for defendant in error.

Opinion by THACKER, C.   On October 31, 1912, the case-made was filed in this court, on July 13, 1915, this case was due to be taken on submission, but the plaintiff in error has wholly failed to file briefs, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), and has thus abandoned the appeal.

We are, therefore, of the opinion that the case should be treated as abandoned and dismissed.

By the Court:   It is so ordered.